UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CHERYL A. THOMAS,

                    *Plaintiff,*

        – against –

JAQUEZ GONZALEZ, ST. FLEUR,
LT. MANNING,

                    *Defendants.*

**ORDER**
25-cv-05244 (NCM) (SDE)

**NATASHA C. MERLE**, United States District Judge:

This Court has received the Report and Recommendation ("R&R") dated April 28, 2026, from the Honorable Seth D. Eichenholtz, United States Magistrate Judge. ECF No. 28. No objections have been filed.

The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Park v. Kim*, No. 20-cv-02636, 2022 WL 3643966, at *2 (E.D.N.Y. Aug. 24, 2022), *aff'd*, 91 F.4th 610 (2d Cir. 2024). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

1

Accordingly, the Court dismisses this action without prejudice due to plaintiff's failure to prosecute the case.

The Clerk of Court is respectfully ordered to mail a copy of this order to plaintiff, note the mailing on the docket, and close this case.

**SO ORDERED.**

　/s/ Natasha C. Merle　
NATASHA C. MERLE
United States District Judge

Dated:　　May 22, 2026
　　　　　Brooklyn, New York

2